## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL BIRDSONG, individually and on
behalf of all others similarly situated,

                    Plaintiff,                    Case No. 2:23-cv-03073-JFM

        v.

ROCK-IT CARGO USA, LLC.

                    Defendant.

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff Michael Birdsong, individually and on behalf of all others similarly situated, and

Defendant Rock-It Cargo USA, LLC, by and through their undersigned counsel, hereby stipulate

pursuant to Paragraph 3 of the Court's General Guidance on Civil Matters to extend by 14 days

the time in which Defendant is required to respond to Plaintiff's Class Action Complaint by either

an answer or a motion pursuant to Federal Rule of Civil Procedure 12. Plaintiff served Defendant

with the Complaint on August 14, 2023, and Defendant's response deadline is currently September

5, 2023. The parties stipulate that Defendant must respond to the Complaint on or before

September 19, 2023. This extension will not affect the trial date.

2

Dated: August 28, 2023.

*/s/ Patrick Howard*
Patrick Howard
SALTZ MONGELUZZI &
BENDESKY, PC
1650 Market Street, 52nd Floor
One Liberty Place
Philadelphia, PA 19103
Tel: 215-575-3895
phoward@smbb.com

*Attorney for Plaintiff and the
Proposed Class*

*/s/ Richard M. Haggerty*
Richard M. Haggerty
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: 267-930-1594
rhaggerty@mullen.law

*Attorney for Defendant*

*/s/ Samuel J. Strauss*
Samuel J. Strauss
Raina C. Borrelli
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Tel: 608-237-1775
sam@turkestrauss.com
raina@turkestrauss.com

*Attorneys for Plaintiff and the
Proposed Class*

## CERTIFICATE OF SERVICE

I, Richard M. Haggerty, state that I filed a true and correct copy of the Stipulation to Extend Time to Respond to the Complaint via the Court's electronic filing system, which caused a copy to be served on all counsel of record.

Dated: August 28, 2023

BY: */s/ Richard M. Haggerty*
Richard M. Haggerty