# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BIRDSONG, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>ROCK-IT CARGO USA, LLC.<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-03073-JFM |

# [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the parties' stipulation to extend the time in which Defendant Rock-It Cargo USA, LCC, must respond to Plaintiff's Complaint, it is hereby ORDERED that Defendant must answer, move, or otherwise respond to the Complaint on or before September 19, 2023.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Murphy, J.