## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BIRDSONG, individually and on behalf of all others similarly situated, <br><br>           Plaintiff, <br> v. <br><br> ROCK-IT CARGO USA LLC, <br><br>           Defendant. | Case No. 2:23-cv-03073-JFM |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff Michael Birdsong and Defendant Rock-It Cargo USA LLC, by and through their undersigned counsel, hereby notify the Court that they have reached a settlement in the above-captioned matter. The parties are currently documenting the settlement and will file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) upon execution of a settlement agreement.

Dated: January 29, 2024

                TURKE & STRAUSS LLP

BY: */s/ Raina C. Borrelli*
           Raina C. Borrelli (*pro hac vice*)
           Samuel J. Strauss (*pro hac vice*)
           613 Williamson Street, Suite 201
           Madison, WI 53703-3515
           (608) 237-1775
           raina@turkestrauss.com
           sam@turkestrauss.com

SALTZ MONGELUZZI BENDESKY P.C.

BY:  */s/ Patrick Howard*
        Patrick Howard
        1650 Market Street, 52nd Floor
        Philadelphia, PA 19103
        (215) 575-3895
        phoward@smbb.com

        *Attorneys for Plaintiff Michael Birdsong*


MULLEN COUGHLIN LLC

BY:  */s/ Richard M. Haggerty*
        Richard M. Haggerty
        426 W. Lancaster Avenue, Suite 200
        Devon, PA  19333
        (267) 930-4770
        rhaggerty@mullen.law

        *Attorneys for*
        *Defendant Rock-It Cargo USA LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Richard M. Haggerty, state that I filed a true and correct copy of the foregoing Notice of Settlement via the Court's electronic filing system, which caused a copy to be served on all counsel of record.


Dated: January 29, 2024

*/s/ Richard M. Haggerty*
Richard M. Haggerty
