UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BIRDSONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCK-IT CARGO USA LLC,<br><br>Defendant. | Case No. 2:23-cv-03073-JFM<br><br>Judge John F. Murphy |

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to Plaintiffs' dismissal of their claims against Defendant without prejudice in this matter, with each party to bear its own costs and attorneys' fees, subject to the Parties' agreement resolving this matter.

Dated: February 9, 2024                                                  Dated: February 9, 2024

By:  */s/ Raina C. Borrelli*                                              By:  */s/ Richard M. Haggerty, Jr.*
     Raina C. Borrelli (*pro hac vice*)                                              Richard M. Haggerty, Jr.
     Samuel J. Strauss (*pro hac vice*)                                            MULLEN COUGHLIN LLC
     TURKE & STRAUSS LLP                                                       1275 Drummers Lane, Suite 302
     613 Williamson St., Suite 201                                                    Wayne, PA 19087
     Madison, Wisconsin 53703-3515                                               Telephone: (267) 930-1594
     Telephone: (608) 237-1775                                                         rhaggerty@mullen.law
     Facsimile: (608) 509-4423
     raina@turkestrauss.com                                                             *Attorneys for Defendant*
     sam@turkestrauss.com

     Patrick Howard
     SALTZ MONGELUZZI BARRETT
     & BENDESKY
     1650 Market Street, 52nd Floor
     Philadelphia, PA 19103

Telephone: (215) 575-3895
phoward@smbb.com

*Attorneys for Plaintiff and the
Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on February 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 9th day of February, 2024.

                            TURKE & STRAUSS LLP

                            By: */s/ Raina C. Borrelli*
                                Raina C. Borrelli
                                raina@turkestrauss.com
                                TURKE & STRAUSS LLP
                                613 Williamson St., Suite 201
                                Madison, WI 53703
                                Telephone: (608) 237-1775
                                Facsimile: (608) 509-4423