# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL BIRDSONG** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-3073 |
| | : | |
| **ROCK-IT CARGO USA LLC** | : | |

# ORDER

**AND NOW**, this 9th day of February 2024, upon considering the parties' stipulation for voluntary dismissal (DI 16), it is **ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. Defendant's motion to dismiss (DI 9) is **DENIED as moot**; and,

3. The Clerk of Court shall **close** this case.

*/s/ John F. Murphy*
**MURPHY, J.**